## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRIAN SIMMONS,** | ) | |
| **individually,** | ) | **Case No. 2:19-cv-11507** |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Judge Susie Morgan** |
| | ) | |
| **AAC ENTERPRISES, INC.** | ) | |
| | ) | **Magistrate Judge Karen W. Roby** |
| **Defendant** | ) | |

_____

### ORDER

Having taken into consideration Plaintiff's *Exparte/Consent Motion to Dismiss without Prejudice* and the law:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the above entitled matter is dismissed without prejudice, each party to bear its own costs of court.

**New Orleans, Louisiana, this 8th day of November, 2019.**

_____
**UNITED STATES DISTRICT JUDGE**